UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                            ORDER
                               Criminal No. 06-19(MJD/AJB)

Veronica Maria Sallis,

    Defendant.

---

The above-entitled matter comes before the Court upon Defendant's objections to the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated April 27, 2006.

Pursuant to statute, the Court has conducted a _de novo_ review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court ADOPTS the Report and Recommendation dated April 27, 2006.

IT IS HEREBY ORDERED that:

1. Defendant Veronica Maria Sallis' Motion for Suppression of Evidence Obtained as a Result of Illegal Stops, Arrests and Searches [Docket No. 15] is DENIED; and

2. Defendant Veronica Maria Sallis' Motion for Suppression of Confessions or Statements in the Nature of Confessions [Docket No. 17] is DENIED.

Date: June 15, 2006

                                                      s / Michael J. Davis
                                                      Michael J. Davis
                                                      United States District Court