UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.:  06-19 (MJD/AJB)

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                         ORDER

(1) VERONICA SALLIS,

       Defendant.

       Defendant Sallis has filed a waiver of speedy trial in this case.  The

government has filed no objections.  Therefore, the Court will grant the waiver of

speedy trial.

       Based on all the files, records and proceedings herein, **IT IS HEREBY**

**ORDERED**, that:

       1.       Defendant Sallis' waiver of speedy trial [docket # 21] is **GRANTED**;

       2.       The time between February 22, 2006 and September 18, 2006,

shall be excluded in computing the time within which the trial in this matter must

commence under the Speedy Trial Act pursuant to Title 18, United States Code,

Section 3161(h)(8)(A).  The ends of justice will be served by continuing the trial date.

This finding is based upon the Court's conclusion that the failure to grant such a

continuance would unreasonably deny the parties a right to a fair and just hearing.

Dated: July 11, 2006

                       s / Michael J. Davis
                       MICHAEL J. DAVIS
                       United States District Court Judge