UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| plaintiff,   ) | |
| ) | |
| v.   ) | **File No. CR 06-19 (MJD/AJB)** |
| ) | |
| VERONICA MARIA SALLIS,   ) | |
| ) | |
| defendant.   ) | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER FOR PROFESSIONAL VISITS**

Veronica Sallis, through counsel, Deborah Ellis, has requested that Ms. Sallis' treating psychologist be permitted to visit her at the Sherburne County Jail for the purpose of counseling and continued therapy. The Court believes that it is appropriate that Ms. Sallis have the benefit of professional counseling under the circumstances, hence,

IT IS HEREBY ORDERED, that Jeffrey T. Boston, Psy.D., L.P., 821 Raymond Ave., Suite 170, St. Paul, MN 55114-1510, be allowed professional visits from time to time with Veronica Sallis at the Sherburne County Jail as is necessary prior to sentencing.

Date:  September 26, 2006                         s / Michael J. Davis
                                                  Michael J. Davis
                                                  Judge of District Court