UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                     **ORDER**
                         Criminal No. 06-19(MJD/AJB)

Veronica Maria Sallis,

    Defendant.

---

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

Defendant Veronica Maria Sallis' Motion for Furlough for a Rule 25 Evaluation [Docket No. 45] is **DENIED**.

Dated: October 26, 2006                     s / Michael J. Davis
                                                  Judge Michael J. Davis
                                                  United States District Court